# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK CHARLES DOUGLAS, III, Plaintiff, | : : : | CIVIL ACTION |
| v. | : : | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, Defendant. | : : : : | No. 18-4894 |

FILED
SEP 13 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER AND JUDGMENT

AND NOW, on September 13, 2019, upon consideration of Plaintiff Frank Douglas's Brief in Support of his Request for Review (doc. 13) and the Commissioner's Response (doc. 18), it is ORDERED:

1. Plaintiff's Request for Review is DENIED;

2. JUDGMENT is entered in favor of the Commissioner and against Plaintiff; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

_____
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE